UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

UNITED STATES OF AMERICA          )
                                  )
            vs.                   )          CAUSE NO. 3:13-CR-40-RLM
                                  )
PEDRO CALDERA-PACHECO             )

O R D E R

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on May 29, 2013. Accordingly, the court ADOPTS those findings and recommendations (Doc. No. 28), ACCEPTS defendant Pedro Caldera-Pacheco's plea of guilty, and FINDS the defendant guilty of Count 2 of the Indictment, in violation of 18 U.S.C. § 924(c)(1)(A).

SO ORDERED.

ENTERED: June 24, 2013

_____/s/ Robert L. Miller, Jr._____
Judge
United States District Court